In the Matter of the Claim of VICTOR BELLINGER, Appellant, v. PERINI CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — GABRIELLI, J.

Gibson, P. J., Herliby, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.